## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

Raoul Gibson,                       :   No. 7 WAP 2015

                 Appellant     :

         v.                      :

Pennsylvania Board of Probation and   :
Parole, Department of Corrections,     :
                 Appellees      :

## ORDER

**AND NOW**, this 19th day of April, 2016, the above captioned appeal is quashed for failure to file Appellant's brief.

_____
Prothonotary